UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------X

UNITED STATES OF AMERICA                    :

      - v. -                              :        SUPERSEDING
                                                     INFORMATION
MOHAMMAD SALEEM BUTT,                        :
   a/k/a "Mohammad Saleem,"                  :        S1 13 Cr. 708 (RA)
   a/k/a "Mohammad Rashid Butt,"

                                            :

         Defendant.                   :

-----------------------------------------------X

## COUNT ONE

The United States Attorney charges:

1.   From at least on or about March 7, 1997, in the Southern District of New York and elsewhere, MOHAMMAD SALEEM BUTT, a/k/a "Mohammad Saleem," a/k/a "Mohammad Rashid Butt," the defendant, being an alien, unlawfully did enter, and was found in, the United States, after having been previously deported from the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a).)

PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 2 2014

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**v.**

**MOHAMMAD SALEEM BUTT,**
**a/k/a "Mohammad Saleem,"**
**a/k/a "Mohammad Rashid Butt,"**

**Defendant.**

---

**SUPERSEDING**
**INFORMATION**

S1 13 Cr. 708 (RA)

(8 U.S.C. § 1326(a).)

_____

PREET BHARARA
United States Attorney.